**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 306 WAL 2023 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| ALFON RAYMOND BROWN, | : |
| | : |
| Petitioner | : |
| | |
| COMMONWEALTH OF PENNSYLVANIA, | : No. 307 WAL 2023 |
| | : |
| Respondent | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| ALFON RAYMOND BROWN, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 18th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.

Justice McCaffery did not participate in the consideration or decision of this matter.